# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARIA A. FINLEY AS EXECUTOR
FOR THE ESTATE OF GARRETT
JOSEPH CLAYBOURN AND ON
BEHALF OF THE ESTATE OF THE
DECEDENT GARRETT JOSEPH
CLAYBOURN

VERSUS

FRANCIS ELIZABETH CLAYBOURN,
RICHARD J. DODSON, KENNETH
H. HOOKS, III, DODSON &
HOOKS, APLC, KIM L. BROOKS,
AND THE BROOKS & BROOKS LAW
FIRM

NO.   2022 CW 0906

SEPTEMBER 26, 2022

---

In Re:    Maria A. Finley, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 716588.

---

BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.

   **WRIT GRANTED WITH ORDER.**   The district court's June 24, 2022 judgment is a final, appealable judgment. See La. Code Civ. P. art. 1915. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to the plaintiff, pursuant to the notice of intent to seek supervisory writs filed on July 25, 2022. See **In re Howard**, 541 So.2d 195 (La. 1989) per curiam). In the event plaintiff seeks to appeal the district court's judgment, she shall submit a new order for appeal to the district court within fifteen days of this court's order. Additionally, a copy of this court's order is to be included in the appellate record.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT